# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **KEITH BEAUCHAMP,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 08-cv-425-bbc |
| **MICHAEL THURMER, Warden,** **Waupun Correctional Institution,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that respondent Michael Thurmer's motion to dismiss petitioner Keith Beauchamp's petition for a writ of habeas corpus is GRANTED.  Petitioner's application for federal habeas relief is DISMISSED WITH PREJUDICE.

**JOEL W. TURNER**
_____
Joel W. Turner, Acting Clerk

Connie A. Korth                                                                                                11/05/08
_____                           _____
by Deputy Clerk                                                                                                  Date